E-FILED
Wednesday, 15 March, 2023  02:15:15 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DR. VALERIE HOLTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Removed from the Circuit Court** |
| | ) | **of the Sixth Judicial District** |
| **v.** | ) | **Champaign County, Illinois** |
| | ) | **Case No. 2023-LA-000020** |
| **GIVEPULSE, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

## DECLARATION OF GEORGE LUC

I, George Luc, declare under penalty of perjury, that the following is true and correct:

1.     I am over the age of eighteen, of sound mind, and have personal knowledge of the facts set forth in this Declaration or have knowledge of such facts based upon corporate records and/or information that I have reviewed.

2.     I am the Co-Founder and Chief Engagement Officer for GivePulse, Inc. ("GivePulse").

3.     GivePulse is a corporation organized under the laws of the State of Texas, with its principal place of business in the State of Texas.

**4.**     Dr. Valerie Holton's base salary from GivePulse was $80,000 and her on-target yearly earnings were $130,000.

With the force and effect established in 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

*George Luc*
_____

George Luc, Co-Founder & Chief Engagement Officer

Date:   3/15/23