# EXHIBIT C

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## CHAMPAIGN COUNTY, ILLINOIS

| | | |
|---|---|---|
| DR. VALERIE HOLTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2023-LA-000020 |
| | ) | |
| v. | ) | |
| | ) | **NOTICE TO STATE COURT OF** |
| GIVEPULSE, INC., | ) | **FILING NOTICE OF REMOVAL** |
| | ) | |
| Defendant | ) | |

TO:   Susan W. McGrath, Clerk of the Circuit Court
Circuit Court of Champaign County
101 E. Main St.
Urbana, IL 61801

**PLEASE TAKE NOTICE** that on March 15, 2023, Defendant GivePulse, Inc. filed the attached Notice of Removal with the United States District Court for the Central District of Illinois.

Dated: March 15, 2023                    Respectfully Submitted,

GIVEPULSE, INC.

/s/ Ethan G. Zelizer
Attorney for Defendant
Ethan Zelizer (ethan@hrlawcounsel.com)
HR Law Counsel LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
(630) 551-8374 (630) 566-0705 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, ***Notice of Removal***, to be electronically filed with the Clerk of the Court of the State of Illinois in the Circuit Court of Champaign County, using the court's electronic filing system, and to be served by electronic mail and U.S. Mail upon the following:

>Ronald S. Langacker
>Langacker Law, Ltd.
>210 N. Broadway
>Urbana, Illinois 61801
>(217) 954-1025
>Email: ron@langackerlaw.com

/s/ Ethan G. Zelizer

Attorney for the Defendant