# **EXHIBIT D**

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| DR. VALERIE HOLTON, | ) |
| | ) |
| Plaintiff, | )  Case No. 2023-LA-000020 |
| | ) |
| v. | ) |
| | )  NOTICE TO ADVERSE PARTY OF |
| GIVEPULSE, INC., | )  FILING NOTICE OF REMOVAL |
| | ) |
| Defendant | ) |

TO:    Ronald S. Langacker
         Langacker Law, Ltd.
         210 N. Broadway
         Urbana, Illinois 61801
         (217) 954-1025
         Email: ron@langackerlaw.com

**PLEASE TAKE NOTICE** that on March 15, 2023, Defendant GivePulse, Inc. filed the attached Notice of Removal with the United States District Court for the Central District of Illinois.

Dated: March 15, 2023                      Respectfully Submitted,

                                                GIVEPULSE, INC.

                                                /s/ Ethan G. Zelizer
                                                Attorney for Defendant
                                                Ethan Zelizer (ethan@hrlawcounsel.com)
                                                HR Law Counsel LLC
                                                29 S. Webster Street, Suite 350-C
                                                Naperville, IL 60540
                                                (630) 551-8374 (630) 566-0705 (fax)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, ***Notice to Adverse Party of Filing Notice of Removal***, to be served by electronic mail and U.S. Mail upon the following:

>Ronald S. Langacker
>Langacker Law, Ltd.
>210 N. Broadway
>Urbana, Illinois 61801
>(217) 954-1025
>Email: ron@langackerlaw.com

/s/ Ethan G. Zelizer

Attorney for the Defendant