# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DR. VALERIE HOLTON, | ) | |
| | ) | |
| Plaintiff, | ) | Removed from the Circuit Court |
| | ) | of the Sixth Judicial District |
| v. | ) | Champaign County, Illinois |
| | ) | Case No. 2023-LA-000020 |
| GIVEPULSE, INC., | ) | |
| | ) | |
| Defendant | ) | |

## CORPORATE DISCLOSURE STATEMENT & NOTIFICATION AS TO AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant GivePulse, Inc. states that it is a corporation incorporated and with its principal place of business in Texas. GivePulse is not associated with a parent corporation.

Dated: March 15, 2023

Respectfully Submitted,

GIVEPULSE, INC.

/s/ Ethan G. Zelizer
Attorney for Defendant
Ethan Zelizer (ethan@hrlawcounsel.com)
HR Law Counsel LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
(630) 551-8374 (630) 566-0705 (fax)

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, ***CORPORATE DISCLOSURE STATEMENT & NOTIFICATION AS TO AFFILIATES***, to be electronically filed with the Clerk of the Court, using the court's CM/ECF system, and to be served by electronic mail and U.S. Mail upon the following:

>Ronald S. Langacker
>Langacker Law, Ltd.
>210 N. Broadway
>Urbana, Illinois 61801
>(217) 954-1025
>Email: ron@langackerlaw.com

/s/ Ethan G. Zelizer

Attorney for the Defendant