UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| VALERIE HOLTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No.: 2:23-cv-2057-CSB-EIL |
| | ) | |
| GIVEPULSE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION**

Defendant files this Motion for entry of an Order extending Defendant's time to respond to Plaintiff's Motion to Dismiss through and including July 24, 2024.  In support of its Motion, Defendant states as follows:

1. Plaintiff filed her Motion to Dismiss on 7/1/24.

2. Defendant's opposition was due on July 22, 2024.

3. Due a serious computer outage on Friday, July 19, 2024, counsel was unable to access briefs and exhibits necessary to finalize the opposition brief.

4. The undersigned counsel contacted Plaintiff's counsel on Sunday, July 21, 2024, and again on Monday morning, requesting a short extension to file his brief.

5. Plaintiff's counsel responded simply "No."

6. Defendant's counsel has had more than one matter disrupted by the computer and systems outages impacting his firm.

7. The short, two-day extension requested by Defendant is for good cause and will

not unduly delay this litigation.

      WHEREFORE, Defendant, for good cause shown, respectfully requests that the Court enter an Order extending its time to respond to Plaintiff's Motion to Dismiss through and including July 24, 2024.

DATED: July 22, 2024            Respectfully Submitted,

                                         HR Law Counsel LLC

                                         By: */s/ Ethan G. Zelizer*

                                         Attorney for Defendant

Ethan Zelizer
HR Law Counsel, LLC
29 S. Webster Street, Suite 350-C
Naperville, IL 60540
Tel: 630.551.8374
ethan@hrlawcounsel.com

## CERTIFICATE OF SERVICE

I certify that on July 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/: Ethan G. Zelizer<br>
Ethan G. Zelizer

*1.*