UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VALERIE HOLTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 23-CV-2057 |
| ) | |
| GIVE PULSE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Report and Recommendation (#25) was filed by the Magistrate Judge in the above cause on July 23, 2024. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#25) is accepted by this court.

(2) Plaintiff's Motion for Attorney's Fees (#20) is GRANTED.

(3) Plaintiff's counsel is to be awarded attorney's fees in the amount of $3,103.75, pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) for defense counsel's failure to comply with Plaintiff's discovery requests.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 1st day of October, 2024.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE