# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **VALERIE HOLTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 23-CV-2057 |
| | ) |
| **GIVEPULSE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## O R D E R

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. This matter is currently scheduled for a final pretrial conference before the undersigned on July 14, 2025, at 10:15 a.m. The court anticipates it will hold the hearing by videoconference, and that all counsel will appear by video. Instructions for the videoconference are attached to this Order. <u>However</u>, the court <u>may</u> elect to hold the final pretrial conference in person. The court will notify the parties by Text Order if the hearing format changes from videoconference to in person.

2. All motions in limine and any other pretrial motions are due June 16, 2025. Responses thereto shall be due on June 30, 2025.

3. Counsel who will try the case <u>shall appear by videoconference</u> (or in person, if the format of the final pretrial hearing is changed) at the final pretrial conference and

shall be authorized and prepared to make such stipulations and agreements as appropriate. CDIL-LR 16.1(E)(3).

 4. Prior to the date of the final pretrial conference, the parties <u>shall confer and shall prepare</u> a proposed final pretrial order for presentation to the court at the final pretrial conference. CDIL-LR 16(E)(4). The parties <u>shall file the proposed final pretrial order</u>, prepared in conformity with Local Rule 16.1(F), <u>by the close of business on July 10, 2025</u>.

 5. The proposed final pretrial order shall be prepared in conformity with the sample contained in Local Rules Appendix I and shall contain:

  a. A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

  b. A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

  c. A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

  d. A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

  e. Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

  f. A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

      g. A list of exhibits each party intends to offer or use at trial. CDIL-LR 16.1(F)(7).

      h. A list of demonstrative aids intended for use at trial. CDIL-LR 16.1(F)(8).

6. The final pretrial order shall be prepared by Plaintiff's counsel. CDIL-LR 16.1(F).

7. Plaintiff's counsel shall submit the final pretrial order to opposing counsel <u>at least</u> seven days prior to the July 10, 2025, filing deadline.

8. At the final pretrial conference, the parties shall be prepared to discuss:

      a. The simplification of the issues for trial. CDIL-LR 16.1(E)(5)(a).

      b. Any problems of evidence. CDIL-LR 16.1(E)(5)(b).

      c. The possibility of limitation of the number of expert witnesses. CDIL-LR 16.1(E)(5)(c).

      d. The desirability and timing of trial briefs. CDIL-LR 16.1(E)(5)(d).

      e. Any settlement possibilities. CDIL-LR 16.1(E)(5)(e).

      f. Matters which will facilitate speedy disposition of the action. CDIL-LR 16.1(E)(5)(f).

      g. Short notice (fast track) possibilities. CDIL-LR 16.1(E)(5)(g).

9. <u>By the close of business on July 10, 2025,</u> the parties <u>shall file</u> an agreed set of jury instructions and any agreed proposed *voir dire* questions. Jury instructions and proposed *voir dire* questions upon which the parties are unable to agree <u>shall be filed</u>

3

separately by the parties, <u>by the close of business on July 10, 2025</u>. Each instruction shall be tendered in compliance with Local Rule 16.1(E)(6). All objections to contested proposed jury instructions, contested proposed *voir dire* questions, or both <u>shall be filed by the close of business on July 10, 2025</u>.

    10.  This matter remains set for jury selection and jury trial to begin on Tuesday, July 29, 2025, at 9:00 a.m., in Courtroom A, United States Courthouse, Urbana, Illinois.

ENTERED this 20th day of May, 2025.

<u>s/Colin Stirling Bruce</u>
COLIN S. BRUCE
U.S. DISTRICT JUDGE