UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VALERIE HOLTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) No.: 2:23-cv-2057-CSB-EIL |
| | ) |
| GIVEPULSE, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**DEFENDANTS' MOTION FOR CONTINUANCE OF TRIAL DATE**

The Defendant, GivePulse, Inc. ("GivePulse") respectfully moves for a continuance of the trial date currently scheduled to begin on July 29, 2025. Defendant seeks a continuance until September 15, 2025.

1. This case is currently scheduled for trial on July 29, 2025. This matter is currently scheduled for a final pretrial conference on July 14, 2025, at 10:15 a.m. All motions in limine and any other pretrial motions were due on June 16, 2025 and any responses thereto are due on June 30, 2025.

2. On June 3, 2025, Defendant's counsel learned that he required surgery in early July for a serious health condition. The recovery time is estimated to be between 4 and 12 weeks.

3. On June 4, 2025, Defendant's counsel requested that Plaintiff's counsel agree to an unopposed motion for a continuance. However, Plaintiff's counsel refused to consider the request without conditions that Defendants could not agree to.

4. Accordingly, the undersigned attorney attempted to reschedule his surgery without success. There were no cancellations that would allow counsel to undergo the procedure early enough to allow for full participation at trial. To be clear, the surgery can be rescheduled. However,

doing so would require the undersigned counsel to wait until August 17, 2025, for the operation, and that is not feasible due to counsel's medical situation.

5. Continuing the trial date is an inconvenience to all involved. However, Defendant would not require alteration of any other existing deadlines. Counsel can still respond to Plaintiff's motions in limine by June 30, 2025, and otherwise meet the pretrial deadlines set by the Court.

6. The Court has not granted any previous continuances of the trial date.

7. For the foregoing reasons, Defendant requests that the Court grant the motion and enter an order continuing the trial date until September 15, 2025 or later.

DATED: June 19, 2025                                     Respectfully Submitted,

                                                         HR Law Counsel LLC

                                                         By: */s/ Ethan G. Zelizer*
                                                         Ethan G. Zelizer (ARDC# 6280096)
                                                         HR Law Counsel

## CERTIFICATE OF SERVICE

      The undersigned attorney of record hereby certifies that on June 19, 2025, he electronically filed the foregoing with the Clerk of the Court of the Central District of Illinois via the CM/ECF system which will send notification of such filing to the attorneys of record.

      HR Law Counsel LLC

      By: */s/ Ethan G. Zelizer*

      Ethan G. Zelizer (ARDC# 6280096)
      HR Law Counsel