UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| VALERIE HOLTON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) No.: 2:23-cv-2057-CSB-EIL |
| | ) |
| GIVEPULSE, INC., | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF COMPLIANCE

Defendant GIVEPULSE, INC. ("GIVEPULSE" or "Defendant") by and through its attorney, Ethan Zelizer of HR LAW COUNSEL states as follows:

1. On July 23, 2024, Magistrate Judge Eric I. Long entered a Report and Recommendation recommending that Plaintiff's Motion for Attorney's Fees (#20) be granted in full and that Plaintiff be awarded $3,103.75 in attorney's fees pursuant to Rule 37(a) of the Federal Rules of Civil Procedure.

2. The undersigned counsel submitted payment of the fee award directly to Plaintiff's lawyer.

3. Plaintiff's attorney claims that the payment was not made despite receipts and confirmation e-mails to the contrary.

4. The undersigned attorney has requested additional proof of payment from the accounting and payment-processing firm, QuickBooks, but has not received anything further.

5. Plaintiff's counsel separately sent a request for payment via its QuickBooks account without explanation or even a transmittal correspondence. Nevertheless, the undersigned

attorney paid the invoice (receipt attached)[1] and trusts that Plaintiff's counsel will return any excess payment should the initial payment via QuickBooks be accounted for or otherwise reconciled in the undersigned favor.

      6.      The undersigned counsel apologizes to the Court for his part in this payment dispute.

DATED: November 17, 2025

Respectfully Submitted,

HR Law Counsel LLC

By: /s/ *Ethan G. Zelizer*
Ethan G. Zelizer (ARDC# 6280096)
HR Law Counsel

---

[1] Counsel notes that the payment was made on 11/17/25, and not tomorrow, 11/18/25, as it appears on the receipt issued.

**CERTIFICATE OF SERVICE**

    The undersigned attorney of record hereby certifies that on November 17, 2025, he electronically filed the foregoing with the Clerk of the Court of the Central District of Illinois via the CM/ECF system which will send notification of such filing to the attorneys of record.

                                        HR Law Counsel LLC

                                        By: */s/ Ethan G. Zelizer*

                                        Ethan G. Zelizer (ARDC# 6280096)
                                        HR Law Counsel



Payment receipt

# You paid $3,103.75

to Langacker Law, Ltd. on 11/18/2025

| | |
|---|---|
| Invoice no. | 3183 |
| Invoice amount | $3,103.75 |
| **Total** | **$3,103.75** |
| Status | Paid |
| Payment method | Credit Card |
| Authorization ID | MQ0291853818 |

Thank you



Langacker Law, Ltd.

+12179541025

www.langackerlaw.com | jessica@langackerlaw.com
210 N. Broadway, Urbana, IL 61801

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI&apos;s licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.